```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
TRACY JONES, on behalf of her minor                        :
son, M.J.,                                                 :
                                                           :
                                    Plaintiff,             :     20-cv-4368 (VSB)
                                                           :
                -against-                                  :          ORDER
                                                           :
CITY OF NEW YORK, et al.,                                  :
                                                           :
                                    Defendants.            :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

A status conference was held in this action on October 14, 2021. Plaintiff failed to appear. Based on her not appearing, and given her prior counsel's withdrawal from this action, (Doc. 46), I assume Plaintiff has not yet managed to retain new counsel. Accordingly, it is hereby:

ORDERED that the parties shall appear before me for a conference on November 5, 2021 at 3:00 p.m. This conference will be held via telephone. The parties shall dial into 888-363-4749 and use access code 2682448. Member of the public may observe by using the same dial-in as long as they keep their lines muted.

As mentioned in my previous order, Plaintiff is reminded she must retain counsel to proceed in this action, because she represents a minor's interests. (Doc. 44.)

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the following address:

    Tracy Jones
    638 E. 223rd St. Apt. 1F
    Bronx, NY 10466

SO ORDERED.

Dated: October 15, 2021
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge