```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TRACY JONES, on behalf of her minor                         :
son, M.J.,                                                  :
                                                            :
                              Plaintiff,                    :     20-CV-4368 (VSB)
                                                            :
              -against-                                     :            ORDER
                                                            :
CITY OF NEW YORK, et al.,                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

A status conference was held in this action on November 5, 2021. Plaintiff appeared and represented she is still seeking representation in this action. Accordingly, it is hereby:

ORDERED that the parties shall appear before me for a conference on January 7, 2022, at 3:00 p.m. This conference will be held via telephone. The parties shall dial into 888-363-4749 and use access code 2682448. Member of the public may observe by using the same dial-in as long as they keep their lines muted.

Prior to the conference, Plaintiff may wish to contact the NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York. The Clinic can be contacted either by visiting the URL https://www.nysd.uscourts.gov/attorney/legal-assistance and clicking the link for the clinic's online intake form, or by calling 212-659-6190 and leaving a message and a callback number.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the following address:

Tracy Jones
638 E. 223rd St. Apt. 1F
Bronx, NY 10466

SO ORDERED.

Dated: November 5, 2021
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge