```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
TRACY JONES, on behalf of her minor                        :
son, M.J.,                                                 :
                                                           :
                          Plaintiff,                       :       20-CV-4368 (VSB)
                                                           :
             -against-                                     :           ORDER
                                                           :
CITY OF NEW YORK, et al.,                                  :
                                                           :
                          Defendants.                      :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On August 12, 2021, Plaintiff's former counsel voiced his intent to withdraw as her attorney, in response to which I cautioned Plaintiff that she must find new counsel in order to proceed in this action given that she is representing the interest of a minor. (Doc. 44.) I granted Plaintiff's former attorney's motion to withdraw on August 17, 2021. (Doc. 46.)

On December 27, 2021, pro bono counsel appeared on Plaintiff's behalf via a "Notice of Limited Scope Appearance," stating that pro bono counsel would only represent Plaintiff for settlement or mediation purposes. (Doc. 51.) That same day, I entered an order referring this case to the designated magistrate judge for, among other things, settlement purposes. (Doc. 53.)

However, on January 4, 2022, Plaintiff's former counsel filed a letter seeking permission to once again appear on Plaintiff's behalf, (Doc. 54), and on January 5, 2022, I granted his application, (Doc. 55). He has yet to file a new notice of appearance. On January 6, 2022, Plaintiff's pro bono counsel filed a notice of completion of limited scope representation. (Doc. 56.) As such, Plaintiff is no longer represented in this action. Accordingly, it is hereby

ORDERED that by January 14, 2022, Plaintiff's former counsel must file a new notice of

appearance in this action, or he must file a letter explaining whether and how Plaintiff will be represented in this action. It is further

ORDERED that by January 28, 2022, the parties must file a joint status letter speaking to (1) whether any settlement progress has been made in this action since the August 12, 2021 hearing; and (2) what remains outstanding in this action. The parties need not disclose the substantive details of any settlement discussions. In addition, the parties may propose an amended case management plan if the delays that have occurred since August render that necessary.

SO ORDERED.

Dated:  January 11, 2022
       New York, New York

_____
Vernon S. Broderick
United States District Judge