UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
TRACY JONES, on behalf of her minor                    :
son, M.J.,                                             :
                                                       :
                                  Plaintiff,           :                    20-CV-4368 (VSB)
                                                       :
                     -against-                         :                          **ORDER**
                                                       :
CITY OF NEW YORK, et al.,                              :
                                                       :
                                  Defendants.          :
                                                       :
-------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      There is a post-discovery conference set in this matter for May 27, 2022 at 10:00 am.

The conference will be held telephonically using the dial-in 888-363-4749 and the access code

2682448.  If discovery is not complete or if there is another reason that the scheduled conference

should not proceed, the parties must file a joint letter to that effect as soon as is practicable.

SO ORDERED.

Dated:  May 24, 2022
      New York, New York

                                  Vernon S. Broderick
                                  United States District Judge