**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRACY JONES, on behalf of her minor son, M.J.,

                Plaintiff,

  -against-                                          20 **CIVIL** 4368 (LTS)

                                                           **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 24, 2023, the defendants' motions for Judgment on the Pleadings are granted in their entirety; accordingly, the case is closed.

**Dated:**  New York, New York

      February 24, 2023

                                                          **RUBY J. KRAJICK**

                                                     _____
                                                         **Clerk of Court**

                            **BY:**          *K. Mango*

                                                         _____
                                                          **Deputy Clerk**